WILLIAM SILK, Respondent, v. NEW YORK STATE REALTY AND TERMINAL COMPANY, Appellant, Impleaded with Others.— Judgment affirmed, with costs.

* Appeal dismissed, 268 N. Y. ——.

No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., dissents and votes for reversal and dismissal of the complaint.